UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARILYN A. RICHARDSON, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:11-CV-236-BO
)
CAROLYN COLVIN, )
Acting Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,235.00 is GRANTED. Plaintiff's motion for attorney's fees under 406(b)(1) is GRANTED, but the award is reduced based on the unreasonableness of upholding the contingency fee agreement. Accordingly, plaintiff's counsel shall be awarded attorney's fees in the amount of $8,470.00.

**This Judgment Filed and Entered on May 28, 2013, and Copies To:**

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)
Leo R. Montengegro (via CM/ECF Notice of Electronic Filing)

DATE                                                                  JULIE A. RICHARDS, CLERK
May 28, 2013                                               /s/ Susan K. Edwards
                                                                            (By) Susan K. Edwards, Deputy Clerk